**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois −** **CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Moran Industries Inc
                         Plaintiff,

v.                                    Case No.: 1:07−cv−06092
                                                Honorable Ronald A. Guzman

James C Higdon, et al.
                         Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, November 5, 2007:


       MINUTE entry before Judge Ronald A. Guzman :The Court orders the parties to appear for an initial appearance and status hearing. All parties shall refer to and comply with Judge Guzman's requirements for the initial appearance as outlined in Judge Guzman's case management procedures, which can be found at: www.ilnd.uscourts.gov. Status hearing set for 1/2/2008 at 09:30 AM.Mailed notice(cjg, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.