UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORAN INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07 CV 6092 |
| | ) |
| JAMES C. HIGDON, CHRISTIAN | ) Judge Guzman |
| HIGDON, KAREN HIGDON, URICK | ) |
| THAMELING, HIGDON & HIGDON, | ) |
| INC., THAMELING & HIGDON, LLC, | ) |
| and MASTERS TRANSMISSION & | ) |
| AUTO REPAIR, INC., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO RESET INITIAL STATUS HEARING

Plaintiff Moran Industries, Inc., by its attorneys, for its Motion to Reset the Initial Status hearing set for January 2, 2008, states as follows:

1. Plaintiff filed its Complaint on October 29, 2007.

2. Defendants have agreed to waive service; however, their responsive pleading is not due until December 28, 2007.

3. On November 5, 2007, this matter was set for an Initial Status hearing on January 2, 2008 at 9:30 a.m.

4. Counsel for Plaintiffs, Fredric A. Cohen and Andrew P. Bleiman, are both scheduled to be out of town on January 2, 2008 due to pre-planned vacations, which were scheduled prior to the filing of this matter.

5.  Counsel for Plaintiffs respectfully requests that the Initial Status hearing be reset to another date during the week of January 7, 2008 or such other time thereafter determined by the Court.

6.  Counsel for Plaintiffs is available for the Initial Status hearing on January 7th, January 9th, January 10th or January 11th.

7.  Although counsel for defendants has not yet filed an appearance, counsel for Plaintiffs contacted defendants' attorneys to advise them of this motion.

WHEREFORE, Plaintiff, Moran Industries, Inc. respectfully prays for an order resetting the January 2, 2008 Initial Status hearing to January 7th, January 9th, January 10th or January 11th or such other relief as this Court deems necessary and appropriate.

Dated: December 5, 2007          Respectfully submitted,

                                 **MORAN INDUSTRIES, INC.**

                                 By:  s/ Andrew P. Bleiman
                                      One of Plaintiff's Attorneys

Fredric A. Cohen
Andrew P. Bleiman
**CHENG COHEN LLC**
1101 West Fulton Market
Suite 200
Chicago, Illinois  60607
(312) 243-1701
fredric.cohen@chengcohen.com
andrew.bleiman@chengcohen.com