UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORAN INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Cause No. 07-C-6092 |
| | ) |
| JAMES C. HIGDON, ET AL. | ) |
| | ) |
| Defendants. | ) |

## ORDER TO DISMISS

Upon Motion of the Defendants, James C. Higdon, Christian Higdon, Urick Thameling, Higdon & Higdon, Inc., and Thameling & Higdon, LLC, and this Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that Plaintiffs' Complaint be, and hereby is, dismissed.

This is a final and appealable Order, there being no just reason for delay.

_____
JUDGE

_____
DATE

cc: counsel of record