UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORAN INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Cause No. 07-C-6092 |
| | ) |
| JAMES C. HIGDON, ET AL. | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF CHRISTIAN HIGDON
## IN SUPPORT OF MOTION TO DISMISS

Comes the Affiant, the Defendant, Christian Higdon, individually and as a shareholder of

Higdon & Higdon, Inc., having been duly sworn, and to the best of his recollection, hereby states

as follows:

1.      Christian Higdon is the son of James C. Higdon, and Christian Higdon currently

resides in Indiana. Christian Higdon has never resided in the State of Illinois, and

maintains no personal contacts with Illinois.

2.      Christian Higdon signed, either individually or as an officer of Higdon & Higdon,

Inc., the Hixson Franchise Agreement referenced in the Complaint filed by the

Plaintiff, Moran Industries, Inc. (herein "Moran"). However, Christian Higdon

never had any involvement with any of the other franchise agreements referenced

in Moran's Complaint.

3.      Higdon & Higdon. Inc., is a Tennessee corporation, which is not registered to

conduct business in Illinois.

Page 1 of 3



Blumberg No. 5119   EXHIBIT   B

4.     Christian Higdon does not conduct business in Illinois. Moreover, all of the

business operations of Higdon & Higdon. Inc. were conducted in Tennessee.

5.     Christian Higdon never negotiated or executed the Hixson franchise agreement in

the state of Illinois. In fact, all negotiations were handled by James C. Higdon, and

execution of the Hixson franchise agreement occurred by mail while Christian

Higdon was residing in either Indiana or Tennessee. During said negotiations,

Christian Higdon was not represented by counsel, and he was not given the option

to amend or contest the purported forum selection and waiver clauses of the

Hixson franchise agreement. Moreover, Christian Higdon had no prior experience

in such business matters, and he did not understand the legal ramifications of the

purported forum selection and waiver clauses of the Hixson franchise agreement.

6.     Being a resident of southern Indiana with no contacts or ties to the State of

Illinois, and with existing financial difficulties, it will be gravely difficult and

beyond inconvenient for Christian Higdon to litigate the above-styled case in

Illinois.

7.     Christian Higdon, individually or as an officer of Higdon & Higdon, Inc., has

never knowingly engaged in any conduct that has allegedly infringed in any

manner on Moran's proprietary and/or trademark rights.

8.     Christian Higdon has no ownership, employment or business interests of any kind

with the Defendants, Thameling & Higdon, LLC, and Masters Transmission &

Auto Repair, Inc., Inc.

Further the Affiant sayeth naught.

_____
Affiant, Christian Higdon, individually and as an
Officer of Higdon & Higdon, Inc.

State of _____*Ky.*_____ )
                          ) s s
County of _*Jefferson*_ )

    Subscribed and sworn to before me by Christian Higdon, individually and as an
Officer of Higdon & Higdon, Inc., on this *27th* day of _*November*_, 2007.

_____
Notary Public, State at Large

My Commission Expires: *2-10-09*

Prepared By:

_____
JASON TODD HARDIN
**Larry L. Saunders & Associates, PSC**
Suite 2014, One Riverfront Plaza
Louisville, Kentucky 40202
(502) 584-8000
FAX (502) 589-5963

LLS-4    November 16, 2007    H3    Higdon, C\Moran\affidavit.ch:jh