UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORAN INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07 CV 6092 |
| ) | |
| JAMES C. HIGDON, CHRISTIAN ) | Judge Guzman |
| HIGDON, KAREN HIGDON, URICK ) | |
| THAMELING, HIGDON & HIGDON, ) | |
| INC., THAMELING & HIGDON, LLC, ) | |
| and MASTERS TRANSMISSION & ) | |
| AUTO REPAIR, INC., ) | |
| Defendants. ) | |

## JOINT INITIAL STATUS REPORT

Pursuant to the Honorable Judge Ronald A. Guzman's Case Management Procedures for Initial Appearances, the parties submit this Joint Initial Status Report.

1. The parties have agreed to exchange the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1) on or before February 1, 2008.

2. Based on the recently filed dispositive motions by defendants, the parties agree that limited and expedited jurisdictional discovery is appropriate.  Plaintiff proposes that defendants shall respond to interrogatories and document requests related to jurisdictional issues within 14 days of service and that defendants shall appear for depositions limited to jurisdictional issues on or before February 22, 2008.  Defendants do not agree to the expedited time period proposed by plaintiff for the responses to the written discovery related to jurisdictional issues.

Dated:   January 8, 2008    Respectfully submitted,

    s/ Andrew P. Bleiman
    FREDRIC A. COHEN (IL Bar No. 6198606)
    ANDREW P. BLEIMAN (IL Bar No. 6255640)
    Cheng Cohen LLC
    1101 W. Fulton Market, Suite 200
    Chicago, Illinois 60607
    Telephone: (312) 243-1717
    Facsimile: (312) 351-5335
    Email: fredric.cohen@chengcohen.com
          andrew.bleiman@chengcohen.com

*Attorneys for Plaintiff*


    s/ James J. Sanders
    JAMES J. SANDERS
    Leahy, Eisenberg & Fraenkel, Ltd.
    33 W. Monroe Street, Suite 1100
    Chicago, Illinois 60603-5317
    Telephone: (312) 368-4554
    Facsimile: (312) 368-4562
    Email: jjs@lefltd.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 8, 2008, I electronically filed the Joint Initial Status Report using the **CM/ECF system.**

                                      s/ Andrew P. Bleiman