# UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **MORAN INDUSTRIES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **JAMES C. HIGDON, CHRISTIAN** ) | **Case No. 07-CV-6092** |
| **HIGDON, KAREN HIGDON, URICK** ) | **Hon. Ronald Guzman** |
| **THAMELING, HIGDON & HIGDON,** ) | |
| **INC., THAMELING & HIGDON, LLC,** ) | |
| **and MASTERS TRANSMISSION &** ) | |
| **AUTO REPAIR, INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## NOTICE OF PLAINTIFF MORAN INDUSTRIES, INC.'S MOTION TO COMPEL

**To All Counsel of Record:**

PLEASE TAKE NOTICE that on Thursday, February 28, 2008 at 9:30 am or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Ronald Guzman in Courtroom 1219 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Plaintiff Moran Industries, Inc.'s Motion to Compel, copies of which have been served on you.

**MORAN INDUSTRIES, INC.**

By: s/ Danielle M. Kays
Attorneys for Plaintiff

Fredric A. Cohen
Andrew P. Bleiman
Danielle M. Kays
CHENG COHEN LLC
1101 W. Fulton Market, Suite 200
Chicago, Illinois 60607
Telephone: (312) 957-4666
Facsimile: (312) 277-3961
E-mail: fredric.cohen@chengcohen.com
andrew.bleiman@chengcohen.com
danielle.kays@chengcohen.com

**CERTIFICATE OF SERVICE**

I certify that the foregoing Notice of Motion and Plaintiff Moran Industries, Inc.'s Motion to Compel was electronically filed and served on all counsel of record.

Dated: February 22, 2008

**MORAN INDUSTRIES, INC.**

By:     s/ Danielle M. Kays\_\_\_\_
       Attorneys for Plaintiff

Fredric A. Cohen
Andrew P. Bleiman
Danielle M. Kays
CHENG COHEN LLC
1101 W. Fulton Market, Suite 200
Chicago, Illinois 60607
Telephone: (312) 957-4666
Facsimile: (312) 277-3961
E-mail:
fredric.cohen@chengcohen.com
andrew.bleiman@chengcohen.com
danielle.kays@chengcohen.com