# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Moran Industries Inc

                        Plaintiff,

v.                                                       Case No.: 1:07−cv−06092
                                                       Honorable Ronald A. Guzman

James C Higdon, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 28, 2008:

      MINUTE entry before Judge Ronald A. Guzman : Motion hearing held on 2/28/2008 regarding motion to compel[20]. Motion by Plaintiff Moran Industries Inc to compel [20] is granted as stated in open court. Set briefing schedule as to: Motion by Defendants Masters Transmission & Auto Repair Inc, Karen Higdon to dismiss [13] and Motion by Defendants Thameling & Higdon LLC, James C Higdon, Christian Higdon, Urick Thameling, Higdon & Higdon Inc to dismiss [14]. Responses are due 4/4/08. Replies are due 4/18/08. Ruling to be by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.