# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6092 | **DATE** | 6/26/08 |
| **CASE TITLE** | MORAN INDUSTRIES vs. JAMES. C. HIGDON, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order: The Court grants the motions to dismiss of James Higdon, Christian Higdon, Urick Thameling, Higdon & Higdon and Thameling & Higdon [doc. no. 14] and Karen Higdon and Masters Transmission [doc. no. 13]. All of the claims in this suit are dismissed without prejudice to refiling in an appropriate forum. Any pending motions or schedules are stricken as moot. This case is terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | CG |
|---|---|---|