# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **MORAN INDUSTRIES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 07 CV 6092 |
| | ) | |
| **JAMES C. HIGDON, CHRISTIAN HIGDON, KAREN HIGDON, URICK THAMELING, HIGDON & HIGDON, INC., THAMELING & HIGDON, LLC, and MASTERS TRANSMISSION & AUTO REPAIR, INC.,** | ) ) ) ) ) ) ) | Judge Guzman |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Moran Industries, Inc., Plaintiff in the above named case, hereby appeals, to the United States Court of Appeals for the 7th Circuit, the Order granting Defendants James Higdon, Christian Higdon, Urick Thameling, Higdon & Higdon, Inc. and Thameling & Higdon, LLC's Motion to Dismiss for Improper Venue pursuant to FED. R. CIV. P. 12(b)(3), entered in this action on the 26th day of June, 2008.

Dated: July 24, 2008

Respectfully submitted,

**MORAN INDUSTRIES, INC.**

By: s/ Andrew P. Bleiman
One of its Attorneys

Fredric A. Cohen
Andrew P. Bleiman
**CHENG COHEN LLC**
1101 West Fulton Market, Suite 200
Chicago, Illinois 60607
(312) 243-1701
fredric.cohen@chengcohen.com
andrew.bleiman@chengcohen.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 24, 2008, I electronically filed Plaintiff's Notice of Appeal using the **CM/ECF system** and mailed a copy via U.S. First Class Mail, postage prepaid, to:

Attorneys for Defendants

Jason Todd Hardin
Larry L. Saunders & Associates, P.S.C.
One Riverfront Plaza
401 West Main Street
Suite 2014
Louisville, Kentucky 40202-2928

Howard B. Randell
James J. Sanders
Leahy, Eisenberg & Fraenkel, Ltd.
33 W. Monroe Street, Suite 1100
Chicago, Illinois 60603-5317

                                          s/ Andrew P. Bleiman