# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Moran Industries Inc

                Plaintiff,

v.                                        Case No.: 1:07−cv−06092
                                        Honorable Ronald A. Guzman

James C Higdon, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 9, 2008:

    MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff's motion for reconsideration of the Court's judgment [doc. no. 34], which simply reiterates arguments plaintiff previously made and the Court rejected, is denied. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.