

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

December 2, 2009

To: Michael W. Dobbins
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604-0000

**FILED**

DEC 01 2009 TG
Dec 1, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| No.: 08-2839 | MORAN INDUSTRIES INCORPORATED, Plaintiff - Appellant<br><br>v.<br><br>JAMES C. HIGDON, et al., Defendants - Appellees |

**Originating Court Information**

District Court No: 1:07-cv-06092  O7cv 6092
Northern District of Illinois, Eastern Division
District Judge Ronald A. Guzman

The mandate or agency closing letter in this cause issued on December 2, 2009. Returned herewith is the record which was transmitted to this court.

RECORD ON APPEAL STATUS:    Entire record returned consisting of

██████████████████████████████████████

Pleadings:                              2

██████████████████████████████████████

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seve Circuit.

**Date:**

DEC 0 1 2009

**Received by:**

*[signature]*

form namec7_Record_Return_toDC  (form ID05)