**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Moran Industries Inc
                            Plaintiff,

v.                                                Case No.: 1:07–cv–06092
                                                          Honorable Ronald A. Guzman

James C Higdon, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 12, 2010:

       MINUTE entry before Honorable Ronald A. Guzman:AGREED MOTION TO DISMISS PURSUANT TO SETTLEMENT [64] is granted. It is hereby ordered that this case is dismissed with prejudice with each party to bear its own costs. Any pending motions or schedules are stricken as moot. Case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.